Ms. Cheryl Williams Murray
675 Walton Avenue Apt 2B
Boronx N.Y.C. N.Y.S. 10451-2567
347 805 3184
CHAPTER 13 BANKRUPTCY
Court Southern District New York
19-11705-cgm

HONORABLE JUDGE MORRIS
I Am submitting today to the COURT The reasons
Both medical and personal why my papers were
not submitted on the due dates in question.

   I miss-read and thought they were already
Submitted with the chapter 7 documents. I understand
that amended schedules needed to be resubmitted. I
am indigent and have had a difficult time finding
independent lawyers whose fees match what I could
raise money for to retain.

   Most Important. I have submitted with this letter
documents that explain why I was having so much
difficulty reading clearly what I needed to see.
I am now taking the prescribed medications for
my eyes and can testify that IMY vision is better
much better. I did not realized that the diagnosis,
prescribed medications and glasses (just ordered) help
to clear up much for me as my life reading about
this bankrupty and case is all I can do to stay
without becoming homeless and pray for the truth to
the whole case to emerge.

   The most DIRE event was that my middle son,
Tereje Williams-Murray was hospitalized that week
in question and a week after.

You see Judge Your Honor, Taraje is a 2x Olympian who plays judo. He represented the United States in 2004 & 2008. There is a term coined POST TRAUMATIC Olympic Syndrome, Taraje was medicated very heavily and our family went through a very tough time to say the least. P.T.O.S. causes some Olympians for some reason stress that sometimes they are no longer with us. This is a fact. Taraje survived. I spent time at the hospital supporting his recovery. I lost my keys & had a difficult time trying to have Taraje's given to me from his personal belongs. I remained out of my home for 3 days trying to secure the set of keys that were locked up with his belongings. I went to my daughter's and unknowingly slept over 22 hours. This case is in two courts. I need to do what is required of me and I have with all that is in me do what needs to be done to keep dates, submit papers and appear in courts as the court orders me to. This is 12 years of my life only trying to stay whole for myself so that others can receive relief when the merits of the cases are revealed and more people families, women seniors will be able to maintain their homes without being made homeless at no fault of their own. Thank you for reading the facts that I have had to take care of during this road block. I appreciate your considerations.

Respectfully
Always.

Ms. Cheryl Williams-Murray    chap 13, 19/-11705-cgm

New York
Eye and Ear
Infirmary of
**Mount
Sinai**

New York Eye and Ear Infirmary
of Mount Sinai
310 East 14th Street
New York, NY 10003
T 212-979-4000

9/6/2019

To Whom this May Concern,

MS. Cheryl Williams was seen today at the New York Eye and Ear Infirmary. She has been evaluated for cataracts of both eyes. Additionally she has dry eye syndrome. She will require additional follow-up for glaucoma at our hospital for additional evaluation. Thank you for your time and many considerations.

Best Regards,



Dr. Daniel Wang MD

Daniel Wang, M.D.
NY Lic. No.: 295397
NPI No.: 1871024414

**New York Eye & Ear **LIVE****

# Patient Letters

**Patient Name:** WILLIAMS MURRAY,CHERYL
**Date of Birth:** 02/24/1952
**Attending Provider:** ENT,SERVICE
**Date:** 09/10/19 18:48

**Medical Record Number:** M0715196
**Patient Status:** Clinical
**Account Number:** A79371357
**Initialization Date:** 09/10/19 18:48

To whom it may concern,

Ms. Cheryl Williams Murray was seen in our eye clinic on 9/10/19. Her current vision is 20/20 in the right eye, and 20/50 in the left eye. With spectacle correction her vision is 20/20 in right eye and 20/20 in the left eye.

We are currently treating her for the following diagnoses.

1. Primary open angle glaucoma, both eyes
 -Start latanoprost at bedtime both eyes
 -follow up at NYEEI in 4-6 weeks

2. Hyperopia with presbyopia, both eyes
 -glasses prescription dispensed

3. Dry Eye Syndrome
- start artificial tears in both eyes

Thank you,

Masako Chen, MD
Masako Chen, M.D.
NY Lic. No: 291879
NPI No: 1316309867

# NEW YORK EYE AND EAR INFIRMARY
## OUTPATIENT FACE SHEET

New York
Eye and Ear
Infirmary of
Mount
Sinai

ADM OUTPTFACESH



| | ACCOUNT NO. | APPOINTMENT TYPE | LOCATION | MEDICAL RECORD NO. |
|---|---|---|---|---|
| PREF NAME: | ████████ | | OEYEW | ████████ |

PREF PRONOUN:

PT NAME/ADDRESS
WILLIAMS MURRAY,CHERYL
675 WALTON AVE APT 2B
APT 2B
BRONX,NY 10451
PHONE 718-292-7181
EMPLOYER UNEMPLOYED

SSN xxx-xx-████

| TYPE | DATE OF BIRTH | AGE | SEX | MAR STAT | RELIGION | RACE |
|---|---|---|---|---|---|---|
| REG CLI | 02/24/1952 | 67 | F | S | U | African- |

GUARANTOR/ADDRESS
WILLIAMS MURRAY,CHERYL
675 WALTON AVE APT 2B

BRONX,NY 10451-2565

PHONE        718-292-7181

RELATIONSHIP  Patient

EMPLOYER UNEMPLOYED

FINANCIAL CLASS  Q

PERSON TO NOTIFY
WILLIAMS MURRAY,ZAWADI
675 WALTON AVE APT 2B

BRONX,NY 10451

HOME PHONE 718-292-7181          OTHER PHONE

RELATIONSHIP
SON

NEXT OF KIN/ADDRESS
WILLIAMS MURRAY,ZAWADI
675 WALTON AVE APT 2B

BRONX,NY 10451

HOME PHONE 718-292-7181          OTHER PHONE

RELATIONSHIP
SON

| INSURANCE NAME | POLICY NUMBER | COVERAGE NUMBER | SUBSCRIBER/INSURED NAME |
|---|---|---|---|
| FIDELIS MEDICAID | ████████ | ████████ | WILLIAMS MURRAY,CHER |

ACCIDENT INFORMATION          REASON FOR VISIT

ACCIDENT DATE/TIME          COMMENTS

| ADMIT DATE/TIME | REFERRING PHYSICIAN NAME/ADDRESS/TELEPHONE | ATTENDING PHYSICIAN | REGISTRAR |
|---|---|---|---|
| 09/05/19 1510 | | OPHTHALMOLOGY,SERVICE | SSIGNEZ |

**Acuerdo financiero del paciente:**

Entiendo que mi servicio medico consiste en el honorario de un hospital y del medico que se facturan por
separado. Si bien la mayoria de las compañias de seguro cubren ambos honorarios, certifico que soy
responsable por el  monto total y completo de todos los cargos de hospital y del medico, incluidos los depósitos y
copagos, que no están cubiertos por mi plan de seguro.
Si tiene preguntas con respecto a los honorarios  del medico, llame al (212) 979-4127.
Autorizo el tratamiento realizado por New York Eye & Ear Infirmary y sus asociados.

Я ПОНИМАЮ, ЧТО ПЛАТА ЗА ОКАЗЫВАЕМЫЕ МНЕ МЕДИЦИНСКИЕ УСЛУГИ СОСТОИТ ИЗ ОПЛАТЫ УСЛУГ БОЛЬНИЦЫ И ГОНОРАРА ВРАЧА ПО
ПРЕДЪЯВЛЕНИЮ ОТДЕЛЬНЫХ СЧЕТОВ. НЕВЗИРАЯ НА ТО, ЧТО БОЛЬШИНСТВО СТРАХОВЫХ КОМПАНИЙ ПОКРЫВАЮТ РАСХОДЫ ПО ОБОИМ
СЧЕТАМ, Я ПОДТВЕРЖДАЮ, ЧТО НЕСУ ОТВЕТСТВЕННОСТЬ ЗА УПЛАТУ ПОЛНОЙ СУММЫ ПО ВСЕМ СЧЕТАМ — КАК БОЛЬНИЦЫ, ТАК И ВРАЧА,
ВКЛЮЧАЯ ДЕПОЗИТЫ И ДОПЛАТЫ, НЕ ПОКРЫВАЕМЫЕ МОИМ СТРАХОВЫМ ПЛАНОМ.
У ВАС ЕСТЬ ВОПРОСЫ, КАСАЮЩИЕСЯ ГОНОРАРА ВАШЕГО ВРАЧА? ПОЗВОНИТЕ ПО ТЕЛ. (212) 979-4127.
Я даю разрешение на лечение в Нью-Йоркской клинике заболеваний органов зрения и слуха (The New York Eye & Ear
Infirmary) и ассоциированных медицинских учреждениях.

我理解，我的醫療醫療包括分計計畫的醫院和醫生費用。我聲言，對於多家保險公司承保退票項費用，任對

於我的保險計畫不予承保的任何及所有的醫院；醫生費用的所有和全部金每 — 包括押金花共付要，一概由

我自負支付。

對您的醫生費用有疑問嗎？需撥打(212) 979-4127。

我授權紐約眼耳科醫院聯合機構(The New York Eye & Ear Infirmary and Associates)進行治療。

**PATIENT FINANCIAL AGREEMENT:**

I understand that my medical service is comprised of a hospital and a physician fee that is billed separately. Even though most insurance companies cover both bills, I certify that I am responsible
the full and entire amount of any and all hospital physician charges-including deposits and co-payments that are not covered by my insurance plan.
Questions on your physician's fee? Please dial (212) 979-4127.
I authorize treatment by New York Eye & Ear Infirmary and Associates.

Patient / Responsible Party Signature: X _____

                                                                              Date/Time _____

ADM 012 Form Eye  4/13



# NEW YORK EYE AND EAR INFIRMARY
## OUTPATIENT FACE SHEET

ADM OUTPTFACESH

| PREF NAME: | ACCOUNT NO. | APPOINTMENT TYPE | LOCATION | MEDICAL RECORD NO |
|---|---|---|---|---|
| PREF PRONOUN: | ▓▓▓▓ | | OEYEW | ▓▓▓▓ |

| PATIENT NAME/ADDRESS | TYPE | DATE OF BIRTH | AGE | SEX | MAR STAT | RELIGION | RACE |
|---|---|---|---|---|---|---|---|
| WILLIAMS MURRAY,CHERYL<br>675 WALTON AVE APT 2B<br><br>BRONX,NY 10451 | REG CLI | 02/24/1952 | 67 | F | S | U | African- |

**32**

PHONE 718-292-7181    SSN xxx-xx-8497
EMPLOYER UNEMPLOYED

| PERSON TO NOTIFY | RELATIONSHIP |
|---|---|
| WILLIAMS MURRAY,ZAWADI<br>675 WALTON AVE APT 2B<br><br>BRONX,NY 10451 | SON |

GUARANTOR/ADDRESS
WILLIAMS MURRAY,CHERYL
675 WALTON AVE APT 2B

BRONX,NY 10451-2565

HOME PHONE 718-292-7181    OTHER PHONE

| NEXT OF KIN/ADDRESS | RELATIONSHIP |
|---|---|
| WILLIAMS MURRAY,ZAWADI<br>675 WALTON AVE APT 2B<br><br>BRONX,NY 10451 | SON |

PHONE    718-292-7181
RELATIONSHIP  Patient
EMPLOYER UNEMPLOYED
FINANCIAL CLASS  Q

HOME PHONE 718-292-7181    OTHER PHONE

| INSURANCE NAME | POLICY NUMBER | COVERAGE NUMBER | SUBSCRIBER/INSURED NAME |
|---|---|---|---|
| FIDELIS MEDICAID | ▓▓▓▓ | ▓▓▓▓ | WILLIAMS MURRAY,CHER |

| ACCIDENT INFORMATION | REASON FOR VISIT |
|---|---|
| ACCIDENT DATE/TIME | COMMENTS |

| ADMIT DATE/TIME | REFERRING PHYSICIAN NAME/ADDRESS/TELEPHONE | ATTENDING PHYSICIAN | REGISTRAR |
|---|---|---|---|
| 09/10/19 1201 | | ENT,SERVICE | JBRYANT |



**Acuerdo financiero del paciente:**

Entiendo que mi servicio medico consiste en el honorario de un hospital y del medico que se facturan por separado. Si bien la mayoria de las compañias de seguro cubren ambos honorarios, certifico que soy responsable por el monto total y completo de todos los cargos de hospital y del medico, incluidos los depósitos y copagos, que no están cubiertos por mi plan de seguro.
Si tiene preguntas con respecto a los honorarios del medico, llame al (212) 979-4127.
Autorizo el tratamiento realizado por New York Eye & Ear Infirmary y sus asociados.

Я ПОНИМАЮ, ЧТО ПЛАТА ЗА ОКАЗЫВАЕМЫЕ МНЕ МЕДИЦИНСКИЕ УСЛУГИ СОСТОИТ ИЗ ОПЛАТЫ УСЛУГ БОЛЬНИЦЫ И ГОНОРАРА ВРАЧА ПО ПРЕДЪЯВЛЕНИЮ ОТДЕЛЬНЫХ СЧЕТОВ. НЕВЗИРАЯ НА ТО, ЧТО БОЛЬШИНСТВО СТРАХОВЫХ КОМПАНИЙ ПОКРЫВАЮТ РАСХОДЫ ПО ОБОИМ СЧЕТАМ, Я ПОДТВЕРЖДАЮ, ЧТО НЕСУ ОТВЕТСТВЕННОСТЬ ЗА УПЛАТУ ПОЛНОЙ СУММЫ ПО ВСЕМ СЧЕТАМ — КАК БОЛЬНИЦЫ, ТАК И ВРАЧА, ВКЛЮЧАЯ ДЕПОЗИТЫ И ДОПЛАТЫ, НЕ ПОКРЫВАЕМЫЕ МОИМ СТРАХОВЫМ ПЛАНОМ.
У ВАС ЕСТЬ ВОПРОСЫ, КАСАЮЩИЕСЯ ГОНОРАРА ВАШЕГО ВРАЧА? ПОЗВОНИТЕ ПО ТЕЛ. (212) 979-4127.
Я даю разрешение на лечение в Нью-Йоркской клинике заболеваний органов зрения и слуха (The New York Eye & Ear Infirmary) и ассоциированных медицинских учреждениях.

我理解，我的醫療服務包括方式計劃的醫院和醫生費用；我認為，雖然多數保險公司承保這兩項費用，但對於我的保險計劃不予承保的任何及所有的醫院；醫生費用的所有和全部金額 — 包括押金和共付額，一概由我負責支付。
對您的醫生費用有疑問嗎？請撥打(212) 979-4127。
我授權起約眼耳科醫院聯合醫療 (The New York Eye & Ear Infirmary and Associates) 進行治療。

## PATIENT FINANCIAL AGREEMENT:

I understand that my medical service is comprised of a hospital and a physician fee that is billed separately. Even though most insurance companies cover both bills, I certify that I am responsible for the full and entire amount of any and all hospital physician charges-including deposits and co-payments that are not covered by my insurance plan.
Questions on your physician's fee? Please dial (212) 979-4127.
I authorize treatment by New York Eye & Ear Infirmary and Associates.

Patient / Responsible Party Signature: X _____

_____    Date/Time    ADM 012 Form Rev3  5.13

**NEW YORK STATE OF OPPORTUNITY.**

# Department of Health

| | | |
|---|---|---|
| **ANDREW M. CUOMO**<br>Governor | **HOWARD A. ZUCKER, M.D., J.D.**<br>Commissioner | **SALLY DRESLIN, M.S., R.N.**<br>Executive Deputy Commissioner |

Date July 23, 2019

**_PERSONAL AND CONFIDENTIAL_**

Cheryl Williams-Murray
6675 Walton Ave  2B
Bronx, NY 10451                                    Re:Lincoln Hospital

Dear Cheryl Williams-Murray

     This letter is in response to your recent complaint. The Centralized Hospital Intake Program has reviewed the information you provided and has determined we will not be entering this complaint for investigation. We suggest that you reach out to the facility's patient representative. The patient representative should be available to answer your questions, assist with special needs or concerns, and work with you to resolve your issues. To contact the patient representative, please call the facility's main number. If you have reached out to the patient representative, we would encourage you to continue to work with them to resolve your issues.

     Thank you for bringing your concerns to our attention.

Sincerely,

Centralized Hospital Intake Program
Division of Hospitals and
Diagnostic & Treatment Centers

Murray,Taraje
DOB:09 Nov 1984:34Y/M
MRN 2710531-1

|||||||||||||||||||||||||||||||||||||

## LICNOLN MEDICAL & MENTAL HEALTH CENTER
## PROPERTY CLERK'S RECEIPT SLIP
### ROOM 1-79

PATIENT NAME:  Murray,Taraje
DOB:09 Nov 1984:34Y/M
MRN 2710531-1

DATE: 7/14/19

MEDICAL RECORD #:  |||||||||||||||||||||||||||||||||||

UNIT: 10 C

Received from the Property Office at Lincoln Medical & Mental Health Center, Bronx, New York the return of the following:

Currency: _All his  property_

Other Property: _____

Name and Relation to Patient: _Mother_ → Ms. Cheryl Williams Murray

Print Name

Authorization to Pick Up Property given to (Photo ID Required):

Witnessed by: D'Raven Zoila RN                    7/14/19
Name & Title                                      Date & Time

U. Roszkovska RN                                  7/14/19
Signature of Supervisor / Head Nurse              Date & Time

X _____                                   7/14/19
Signature of Patient / Representative             Date & Time

NOTE: No Property will be released unless original White Property Slip is attached to this form.  Photo ID is Required.

Mur
DOB
MRN

**NYC HEALTH+ HOSPITALS** | **Lincoln**

234 EAST 149th STREET BRONX, N.Y. 10451

Number  **86724F**

Control Number (P.C.N.) _17335_

## VALUABLES ENVELOPE

All money and valuables must be listed on this envelope and be delivered sealed to the property clerk's office.

NAME: _Murray, Taraje_
ADDRESS: _675 Walton Ave Apt. 2B Bronx, NY 10451_
CHART NUMBER: _2710532_
DATE: _07/05/19_                            FLOOR: _RES/GI-160_
RING(S): (Ø) YM    (Ø) WM            TIME: _____
COLOR STONE(S): _____            CHAIN(S): (Ø) YM    (Ø) WM

WATCH(S): (Ø) YELLOW METAL    (Ø) WHITE METAL

OTHER(S): _(3) metro cards, a set of keys with (1) mini card_

MONIES:

| | | | SILVER: | |
|---|---|---|---|---|
| Singles | Qty | Amount $ | | |
| Two's | Qty | Amount $ | | |
| Five's | Qty | Amount $ | CHECKS: | |
| Ten's | Qty | Amount $ | | |
| Twenties | Qty | Amount $ | | |
| Fifties | Qty | Amount $ | MISC.: | |
| Hundreds | Qty | Amount $ | | |
| | | TOTAL: | | |

CREDIT CARD(S): _____

I verify that the above is a complete and accurate listing of the contents of this envelope.

SIGNED BY: _Unable To sign_                            DATE: _07/05/19_
                     Patient/representative
CHECKED BY: _R.Go/PCA_
POLICEMAN: _P.O. ALFA-TOGA_                            DATE: _07/05/19_
                                                                   _#1291_
                                                                   Shield Number

1. White copy with patient's chart
2. Pink copy to Property Clerk's Office
3. Yellow copy to Hospital Police Operations

Received from Lincoln Medical Center the above listed valuables in good order, which were for safekeeping.

BY: _____
         Signature and relationship of recipient                            DATE: _____

WITNESS: _____

FORM L602 REV. 2/08                                                        TITLE: _____

TE: No Property will be released unless original White Property Slip is attached to this form. Photo ID is Required.

12/2016