**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Cheryl Louise Williams–Murray<br>aka   Cheryl Louise Williams–Murray<br>aka   Cheryl L. Murray | CASE NO.: 19–11705–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–8497 | CHAPTER:  13 |

---

## Amended Notice of Hearing

Please take notice that the Motion to Extend Deadline to File Schedules or Provide Required Information filed by Cheryl Louise Williams–Murray currently scheduled for 11/21/19 at 9:30 am will be heard at 9:05 am in Courtroom 617.

Dated: November 7, 2019                                                                 Vito Genna
                                                                                                          Clerk of the Court